IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARK A. JACKSON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-13-077 |
| | § | |
| DAVID J. GUNTER, CFO and/or his | § | |
| successor, ET AL. | § | |

## REPORT AND RECOMMENATION

On May 13, 2013, this Court ordered *pro se* Plaintiff, Mark A. Jackson, to appear, in person, at a Scheduling Conference on Friday, May 31, 2013 at 11:00 a.m., and warned Jackson that if he failed to do so his lawsuit could be dismissed. On May 31, 2013, Jackson failed to appear or contact the Court in any way. This was the second time Jackson failed to appear as ordered. The Court can only assume that Jackson on longer desires to pursue his lawsuit.

It is, therefore, the **RECOMMENDATION** of this Court that the Complaint of Plaintiff, Mark A. Jackson, be **DISMISSED for want of prosecution**. See Link v. Wabash R. Co., 370 U.S. 626, 633 (1962)

The Clerk **SHALL** send a copy of this Report and Recommendation to the Parties who **SHALL** have until **June 19, 2013**, to have written objections, filed pursuant to 28 U.S.C. §636(b)(1)(C), **physically on file** in the Office of the Clerk.  The Objections **SHALL** be electronically filed and/or mailed to the Clerk's Office at P.O. Drawer 2300, Galveston, Texas 77553.  Failure to file written objections within the prescribed time **SHALL** bar any Party from attacking on appeal the factual findings and legal conclusions accepted by the District Judge, except upon grounds of plain error.

**DONE** at Galveston, Texas, this _____3rd_____ day of June, 2013.

_____
John R. Froeschner
United States Magistrate Judge