IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARK A. JACKSON | § |
| | § |
| V. | § CIVIL ACTION NO. G-13-077 |
| | § |
| DAVID J. GUNTER, CFO and/or his successor, ET AL. | § |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On June 3, 2013, Magistrate Judge John R. Froeschner issued a Report and Recommendation in which he recommended that this case be dismissed, without prejudice, for want of prosecution. Judge Froeschner set June 19, 2013, as the deadline for the filing of objections, however, to date, none have been filed by Plaintiff.

After appropriate review, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court finds that Judge Froeschner's findings and recommendation are well-grounded in law and fact.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1) the Report and Recommendation of Magistrate Judge Froeschner is **APPROVED** and **ADOPTED** by this Court;

2) this action is **DISMISSED, without prejudice, for want of prosecution**; and

3) the "Motion to Dismiss" (Instrument no. 6) and "Motion for Entry of Dismissal with Prejudice" (Instrument no. 14) of Defendants, Ocwen Loan Servicing and U.S. Bank National Association, are **DENIED as moot**.

**DONE** at Galveston, Texas, this 22nd day of July, 2013.

Gregg Costa
United States District Judge